**UNITED STATES of America, Plaintiff-Appellee**

v.

**Lewis HEGGS, Jr., Defendant-Appellant**

No. 16-2631

United States Court of Appeals, Eighth Circuit.

Submitted: February 2, 2017

Filed: February 10, 2017

Bradley M. Endicott, Assistant U.S. Attorney, U.S. Attorney's Office, Saint Paul, MN, for Plaintiff-Appellee

Lewis Heggs, Jr, Pro Se

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

---

PER CURIAM.

Lewis Heggs directly appeals after pleading guilty to being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). The district court[1] sentenced him to 96 months in prison, which was within the calculated Guidelines range. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the reasonableness of Heggs's sentence.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461–62 (8th Cir. 2009) (en banc) (reviewing sentences for abuse of discretion and noting that if a sentence is within the Guidelines range, an appellate court may apply a presumption of reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.